429 A.2d 738

Commonwealth v. Lofton, Appellant.
Petition for Allowance of Appeal Denied May 18, 1981.

 Submitted June 13, 1980. Vincent J. Ziccardi, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Order of the lower court is hereby affirmed.

BROSKY, J., filed memorandum concurring opinion.